# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VITO GUIDICE,

      Plaintiff,

-vs-

GEORGE MEYERS, Supervisor in his
Individual Capacity, and the TOWN OF NEW
WINDSOR,

      Defendants.

STIPULATION OF
DISCONTINUANCE

Civil Action No.: 05 CIV 759 (MDF)

U.S. DISTRICT COURT
FILED
SEP 0 5 2006
S.D. W.P. OF N.Y.

---

It is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all of the parties to the above entitled action, that whereas no party hereto is an infant or incompetent, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice and upon the merits, without costs to either party as against the other.

DATED: Chester, New York
    December 11, 2005

THORNTON, BERGSTEIN & ULLRICH, LLP
Helen G. Ullrich, Esq., of Counsel
Federal Bar Roll No.:
15 Railroad Avenue
Chester, New York 10918
Telephone: 845-469-1277

DATED: Binghamton, New York
    December 11, 2005

G. PETER VAN ZANDT, ESQ.
Federal Bar Roll No.: 501-011
Attorneys for Defendants
53 Chenango Street, 700 Centre Plaza
Binghamton, New York 13901
Telephone: 607-722-3236

SO ORDERED: 9/5/06

MARK D. FOX
United States Magistrate Judge
Southern District of New York